IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOYCE EATON,

No. CV 06-1474-AS

Plaintiff,

JUDGMENT

v.

COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

Defendant.

**MOSMAN, J.,**

Based on the Opinion and Order of the court filed February 6, 2008 (#21) adopting the

Magistrate Judge's Findings and Recommendations (#17),

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED

and REMANDED for the calculation and award of benefits.

DATED this __11th__ day of February, 2008.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

PAGE 1 - JUDGMENT